UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REGINALD LANGSTON LUSTER**

vs.                                                          Case No:  4:19-cv-541-MW-MJF

**SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS**
_____/

**NOTICE OF APPEARANCE AS LEAD COUNSEL**

Comes Now WILLIAM MALLORY KENT to file this notice of appearance as Lead counsel for the Petitioner, Reginald Langston Luster, in the above styled matter.

>
> Respectfully submitted,
>
> KENT & McFARLAND
> ATTORNEYS AT LAW
>
> s/William Mallory Kent
> William Mallory Kent
> Florida Bar No. 0260738
> 24 North Market Street
> Suite 300
> Jacksonville, FL 32202
> (904) 398-8000
> (904) 348-3124 FAX
> (904) 662-4419 Cell Phone
> kent@williamkent.com
> COUNSEL FOR LUSTER

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

    Thomas Howland Duffy        Joseph Hamrick
    thomas.duffy@myfloridalegal.com   joseph.s.hamrick@gmail.com

I hereby certify that on December 3, 2021, a true and correct e-filed copy of the foregoing has been furnished by United States mail, postage prepaid, to the following:

    Reginald Luster
    N28410
    Lawtey CI
    P. O. Box 2000
    Lawtey, FL 32058

                                              s/William Mallory Kent
                                              William Mallory Kent