IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| REGINALD L. LUSTER, | ) |
| Petitioner, | ) |
| v. | ) CASE NO.: 4:19-cv-541 |
| SECRETARY, Florida Department of Corrections, et al., | ) |
| Respondents. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS**
**TO REPORT AND RECOMMENDATION**

COMES NOW Reginald L. Luster, through counsel, and files this motion for an extension of 30 days to file his Objections to Magistrate Judge M. Frank's Report and Recommendation, and asserts as follows:

1. On November 11, 2019, Mr. Luster filed his habeas petition under 28 U.S.C. § 2254, and he filed an amended petition on December 12, 2019.

2. On May 29, 2020, the Respondent filed its response to the amended petition.

3. On July 10, 2020, Mr. Luster filed his reply in support of his petition.

4. On November 23, 2021, Magistrate Judge M. Frank filed his Report and Recommendation.

5. Mr. Luster's 14-day deadline to file his objections to the Report and Recommendation expires next Tuesday on December 7, 2021.

1

6.In light of out-of-state travel over the Thanksgiving period and previously scheduled deadlines in other cases, undersigned counsel requests an extension of 30 days to prepare and file his objections on behalf of Mr. Luster.

7.Undersigned counsel certifies that he has consulted with counsel for the Respondent, Thomas Duffy, via e-mail. Mr. Duffy has no objection to the requested extension.

WHEREFORE, Mr. Luster requests this Court to grant his extension of 30 days to file his objections to the Report and Recommendation, establishing a new deadline of January 6, 2021.

DATED December 3, 2021.

DREYER, FOOTE, STREIT,
FURGASON & SLOCUM, P.A.

_/s/ Joe Hamrick_____
Joseph S. Hamrick
Attorney for Mr. Luster

| | |
|---|---|
| Joseph S. Hamrick | William Mallory Kent |
| Florida Bar No. 47049 | Florida Bar No. 0260738 |
| DREYER, FOOTE, STREIT, | 24 North Market Street Suite 300 |
| FURGASON & SLOCUM, P.A. | Jacksonville, FL 32202 |
| 1999 West Downer Place | (904) 398-8000 |
| Aurora, Illinois 60506 | (904) 348-3124 FAX |
| (630) 897-8764 | (904) 662-4419 Cell Phone |
| jhamrick@dreyerfoote.com | kent@williamkent.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof has been furnished the Office of the Attorney General, by email at Thomas.Duffy@myfloridalegal.com and crimapptlh@myfloridalegal.com on December 3, 2021.

/s/ Joe Hamrick
ATTORNEY