IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| REGINALD L. LUSTER, | ) |
| | ) |
| Petitioner, | ) |
| | ) CASE NO.: 4:19-cv-541 |
| v. | ) |
| | ) |
| SECRETARY, Florida Department of Corrections, et al., | ) |
| | ) |
| Respondents. | ) |

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION**

COMES NOW Reginald L. Luster, through counsel, and files this motion for an extension of 15 days to file his Objections to Magistrate Judge M. Frank's Report and Recommendation, and asserts as follows:

1. On November 11, 2019, Mr. Luster filed his habeas petition under 28 U.S.C. § 2254, and he filed an amended petition on December 12, 2019.

2. On May 29, 2020, the Respondent filed its response to the amended petition.

3. On July 10, 2020, Mr. Luster filed his reply in support of his petition.

4. On November 23, 2021, Magistrate Judge M. Frank filed his Report and Recommendation.

5. Mr. Luster's 14-day deadline to file his objections to the Report and Recommendation initially was set to occur on December 7, 2021.

6. This Court granted Mr. Luster one prior extension of 30 days until January 6, 2022, to which counsel for the Respondent had no objection.

1

7. Mr. Luster needs an additional extension of 15 days in order to complete and file his Objections. Counsel anticipates that no further extensions will be needed.

8. Undersigned counsel certifies that he has consulted with counsel for the Respondent, Thomas Duffy, via e-mail. Mr. Duffy has no objection to the requested extension.

9. This motion is filed in good faith and not for purposes of delay.

WHEREFORE, Mr. Luster requests this Court to grant his extension of 15 days to file his Objections to the Report and Recommendation, establishing a new deadline of January 21, 2021.

DATED January 5, 2022.

                                        DREYER, FOOTE, STREIT,
                                      FURGASON & SLOCUM, P.A.

*/s/ Joe Hamrick*

                                      Joseph S. Hamrick
                                      Attorney for Mr. Luster

| | |
|---|---|
| Joseph S. Hamrick | William Mallory Kent |
| Florida Bar No. 47049 | Florida Bar No. 0260738 |
| DREYER, FOOTE, STREIT, | 24 North Market Street Suite 300 |
| FURGASON & SLOCUM, P.A. | Jacksonville, FL 32202 |
| 1999 West Downer Place | (904) 398-8000 |
| Aurora, Illinois 60506 | (904) 348-3124 FAX |
| (630) 897-8764 | (904) 662-4419 Cell Phone |
| jhamrick@dreyerfoote.com | kent@williamkent.com |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy hereof has been furnished the Office of the Attorney General, by email at Thomas.Duffy@myfloridalegal.com and crimapptlh@myfloridalegal.com on January 5, 2021.

                                                  /s/ Joe Hamrick
                                                ATTORNEY