IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REGINALD LANGSTON LUSTER,**

    *Petitioner*,

v.                                Case No.: 4:19cv541-MW/MJF

**FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY,**

    *Respondent.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 24, and has also reviewed *de novo* Petitioner's counseled objections, ECF No. 30. As to Petitioner's argument that the state court erred in denying Petitioner's claim that he was prejudiced by trial counsel's deficient performance in advising Petitioner not to testify in his second trial, this Court agrees with the Magistrate Judge's recommendation that, considering the deferential review accorded to the state court's determination, even assuming trial counsel's performance was deficient in this respect, the state court was not objectively unreasonable in determining that Petitioner failed to establish prejudice as required by *Strickland*. As to Petitioner's second argument that the state court erred in denying Petitioner's claim that his trial counsel was ineffective for failing to request

an instruction on attempted voluntary manslaughter, this Court agrees with the Magistrate Judge's reliance upon the Eleventh Circuit's persuasive, unpublished decision in *Crapser* and rejects Petitioner's argument that decisions from other circuits should apply here. Moreover, the state court's credibility determination regarding defense counsel's testimony on this issue is supported by the record. Finally, the Petitioner's third argument that the state court erred in denying Petitioner's claim that trial counsel were ineffective in failing to assure that the jury was instructed on Petitioner's stand-your-grand defense is due to be denied as well, because, again, the state court was not objectively unreasonable in determining that Petitioner failed to establish prejudice as required by *Strickland*, given the defense's "ambush" theory of self-defense. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 24, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's amended petition for writ of habeas corpus, ECF No. 10, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on April 18, 2022.**

s/Mark E. Walker
**Chief United States District Judge**
